UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 03 B 50061
    EVA B FRANK
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-1331
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/12/03 and confirmed on 02/23/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32670.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12024.45 | .00 | 4114.82 |
| ROUNDUP FUNDING LLC | UNSECURED | 6826.62 | .00 | 2336.10 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1636.16 | .00 | 559.90 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14119.98 | .00 | 4831.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8251.78 | .00 | 2823.80 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 11958.91 | .00 | 4092.39 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6482.42 | .00 | 2218.31 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5583.21 | .00 | 1910.60 |
| DISCOVER BANK | UNSECURED | 10736.01 | .00 | 3673.91 |
| HSBC BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1039.66 | .00 | 355.78 |
| KOHLS | UNSECURED | 2402.33 | .00 | 822.09 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 544.27 | .00 | 186.25 |
| PIER 1 IMPORTS< | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3240.16 | .00 | 1108.80 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 84845.96 | .00 | 84845.96 |
| PRINCIPAL PAID | .00 | .00 | 29034.67 | .00 | 29034.67 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 29034.67 | .00 | 29034.67 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00 and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   1435.33 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/08/08                          /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE

                                    PAGE   2
        CASE NO. 03 B 50061 EVA B FRANK